USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____ 03/02/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

GENESIS SANTANA DE LA CRUZ,

                    Plaintiff,

       -against-

RECEIVABLE SOLUTION, INC.,

                    Defendant.

-------------------------------------------------------------------X

**25-CV-10416 (JAV) (KHP)**

**<u>ORDER ADJOURNING INITIAL
CASE MANAGEMENT
CONFERENCE</u>**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on February 27, 2026 (doc. no 17) the Initial

Case Management Conference currently scheduled for **<u>March 3, 2026,</u>** is hereby adjourned *sine*

*die*.

         **SO ORDERED.**

DATED:     New York, New York
             March 2, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge